Karen L. Karr (014501) karr@lbbslaw.com
Michael F. Edgell (021064) medgell@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lbbslaw.com
*Attorneys for Defendants*

Michelle Ray Matheson, SBN 019568
mmatheson@mathesonlegal.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Brenner, an unmarried man,<br><br>  Plaintiff,<br><br>vs.<br><br>Fisher Sand & Gravel Co.,<br><br>  Defendant. | No. 10-cv-2405 RCJ<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING LAWSUIT WITH PREJUDICE** |

The parties having submitted a Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice, and good cause appearing;

IT IS HEREBY ORDERED granting the parties' Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice.

IT IS FURTHER ORDERED dismissing the above-captioned matter with prejudice with each party to bear their own attorneys' fees and costs unless otherwise agreed to in the Court approved Settlement Agreement.

DONE IN OPEN COURT this _____ day of _____, 2011.



4824-1330-6376.3