Karen L. Karr (014501) karr@lbbslaw.com
Michael F. Edgell (021064) medgell@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lbbslaw.com
*Attorneys for Defendants*

Michelle Ray Matheson, SBN 019568
mmatheson@mathesonlegal.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Brenner, an unmarried man, <br><br> Plaintiff, <br><br> vs. <br><br> Fisher Sand & Gravel Co., <br><br> Defendant. | No. 10-cv-2405 RCJ <br><br> **ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING LAWSUIT WITH PREJUDICE** |

The parties having submitted a Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice, and good cause appearing;

IT IS HEREBY ORDERED granting the parties' Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice.

IT IS FURTHER ORDERED dismissing the above-captioned matter with prejudice with each party to bear their own attorneys' fees and costs unless otherwise agreed to in the Court approved Settlement Agreement.

Dated this 25th day of March, 2011.

*/s/ R. Jones*
UNITED STATES DISTRICT JUDGE

4824-1330-6376.3